DENNIS SHEPHERD, DEFENDANT
IN PRO PER
6112 NUTWOOD CIRCLE
HUNTINGTON BEACH, CA. 92647
SPINSHEP@AOL.COM
(714) 318-4705



Dennis Shepherd, Defendant
In Pro Per

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATCHMD, a Nevada Limited Liability Company, | CASE No. 2:18-CV-00340-JCM-GWF |
| PLAINTIFF, | OPPOSITION TO PLAINTIFF'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION |
| VS. | |

-1-

-2-

DENNIS SHEPHERD, an individual;

JENNIFER LAIRD, an individual;

KYMBIRLY BRAKE, an individual;

JAYME FRESSET, an individual, NICOLE

SANTOS, an individual; PEARL

COETZEE, an individual; and PATCH 4

ALL, INC., a California corporation;

DEFENDANTS,

DEFENDANT, PRO SE, DENNIS SHEPHERD, HEREBY OPPOSES PLAINTIFF'S EMERGENCY APPLICATION FOR TRO AND MOTION FOR PRELIMINARY INJUNCTION, AS NO CONTRACT HAS EVER EXISTED BETWEEN THE PARTIES.

### MEMORANDUM OF POINTS AND AUTHORITIES

SPECIFIC POINTS ARE:

1. THERE IS NOT SUFFICIENT EMERGENCY CIRCUMSTANCES TO REQUEST A TRO.

2. PATCH MD IS JUST A SALES AGENCY IT DOES NOT POSSESS PERFECTED INTELLECTUAL PROPERTY RIGHTS.

## IN CONCLUSION

BASED ON THE FACTS, DEFENDANTS RESPECTFULLY REQUESTS THAT THE COURT REMOVES THE REQUEST FOR TRO AND PRELIMINARY INJUNCTION DUE TO THE LACK OF FACTS AND EMERGENCY CIRCUMSTANCES.

DATED THIS 2ND DAY OF MARCH 2018

_____

DENNIS SHEPHERD

DEFENDANT PRO SE

United States District Court of Nevada CASE No.:2:18-CV-00340-JCM-GWF

STATE OF CALIFORNIA
                    ss
COUNTY OF LOS ANGELES

I declare that I am over the age of eighteen (18) and not a party to this action. Employed in the county of Los Angeles, California my business address is:

_____

On March 2, 2018, I served the foregoing document described as:

**OPPOSITION TO EMEGENCY APPLICATION FOR TEMPORATRY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUCTION**

on the interested parties in said action by placing a true copy of said document(s) as follows:

PLEASE SEE ATTACHED SERVICE LIST

[_____] (IN PERSON) – by personally delivering copies to the person being served as follows:

[X_____] (BY MAIL) - in a sealed envelope with first class postage thereon fully prepaid, in the U.S. Postal Service at Alhambra, California, addressed as set forth above.
I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X_____] (BY FACSIMILE) - VIA facsimile from fax number (626) 457-5740.
I transmitted by facsimile foregoing described document(s) on the attorney of record in this action at the facsimile number(s) shown SERVICE LIST, pursuant to California Rules of Court, Rule 2009(i), Code Civ. Proc. 1013(e)

AND / OR

[X_____] BY ELECTRONIC SERVICE by electronically mailing the document(s) listed above to the eMail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure Section 1010.6.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 2, 2018 at Los Angeles, California

1
2
3
4
5
6 _[signature]_
7
8
9
10  DICKINSON WRIGHT PLLC
11  MICHAEL N. FENDER
    8363 WEST SUNSET ROAD, SUITE 200
12  LAS VEGAS, NEVADA 89113-2210
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KYMBIRLEY BRAKE, DEFENDANT
IN PRO PER
5112 CUMBERLANCE AVE
WESTMINSTER, CA 92683
KEBOC13@GMAIL.COM
(714) 310-0312

Kymbirley Brake, Defendant
In Pro Per

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATCHMD, a Nevada Limited Liability Company,<br><br>PLAINTIFF,<br><br>VS. | CASE No. 2:18-CV-00340-JCM-GWF<br><br>OPPOSITION TO PLAINTIFF'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION |

-1-

-2-

DENNIS SHEPHERD, an individual;

JENNIFER LAIRD, an individual;

KYMBIRLY BRAKE, an individual;

JAYME FRESSET, an individual, NICOLE

SANTOS, an individual; PEARL

COETZEE, an individual; and PATCH 4

ALL, INC., a California corporation;

DEFENDANTS,

DEFENDANT, PRO SE, KYMBIRLEY BRAKE, HEREBY OPPOSES PLAINTIFF'S EMERGENCY APPLICATION FOR TRO AND MOTION FOR PRELIMINARY INJUNCTION, AS NO CONTRACT HAS EVER EXISTED BETWEEN THE PARTIES.

### **MEMORANDUM OF POINTS AND AUTHORITIES**

SPECIFIC POINTS ARE:

1. THERE IS NOT SUFFICIENT EMERGENCY CIRCUMSTANCES TO REQUEST A TRO.

2. PATCH MD IS JUST A SALES AGENCY IT DOES NOT POSSESS PERFECTED INTELLECTUAL PROPERTY RIGHTS.

## IN CONCLUSION

BASED ON THE FACTS, DEFENDANTS RESPECTFULLY REQUESTS THAT THE COURT REMOVES THE REQUEST FOR TRO AND PRELIMINARY INJUNCTION DUE TO THE LACK OF FACTS AND EMERGENCY CIRCUMSTANCES.

DATED THIS 2ND DAY OF MARCH 2018

_____
KYMBIRLEY BRAKE

DEFENDANT PRO SE

United States District Court of Nevada CASE No.:2:18-CV-00340-JCM-GWF

STATE OF CALIFORNIA
ss
COUNTY OF LOS ANGELES

I declare that I am over the age of eighteen (18) and not a party to this action. Employed in the county of Los Angeles, California my business address is:

On March 2, 2018, I served the foregoing document described as:

**OPPOSITION TO EMEGENCY APPLICATION FOR TEMPORATRY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUCTION**

on the interested parties in said action by placing a true copy of said document(s) as follows:

PLEASE SEE ATTACHED SERVICE LIST

[_____] (IN PERSON) – by personally delivering copies to the person being served as follows:

[X____] (BY MAIL) - in a sealed envelope with first class postage thereon fully prepaid, in the U.S. Postal Service at Alhambra, California, addressed as set forth above.
I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X____] (BY FACSIMILE) - VIA facsimile from fax number (626) 457-5740.
I transmitted by facsimile foregoing described document(s) on the attorney of record in this action at the facsimile number(s) shown SERVICE LIST, pursuant to California Rules of Court, Rule 2009(i), Code Civ. Proc. 1013(e)

AND / OR

[X____] BY ELECTRONIC SERVICE by electronically mailing the document(s) listed above to the eMail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure Section 1010.6.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 2, 2018 at Los Angeles, California

*[signature]*

DICKINSON WRIGHT PLLC
MICHAEL N. FENDER
8363 WEST SUNSET ROAD, SUITE 200
LAS VEGAS, NEVADA 89113-2210

JENNIFER LAIRD, DEFENDANT
IN PRO PER
29 GAUGUIN CIRCLE
ALISO VIEJO, CA 92656
JLLAIRD@GMAIL.COM
(714) 907-5002

Jennifer Laird, Defendant
In Pro Per

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATCHMD, a Nevada Limited Liability Company, <br><br> PLAINTIFF, <br><br> VS. | CASE No. 2:18-CV-00340-JCM-GWF <br><br> OPPOSITION TO PLAINTIFF'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION |

DENNIS SHEPHERD, an individual;

JENNIFER LAIRD, an individual;

KYMBIRLEY BRAKE, an individual;

JAYME FRESSET, an individual, NICOLE

SANTOS, an individual; PEARL

COETZEE, an individual; and PATCH 4

ALL, INC., a California corporation;

DEFENDANTS,

DEFENDANT, PRO SE, JENNIFER LAIRD, HEREBY OPPOSES PLAINTIFF'S EMERGENCY APPLICATION FOR TRO AND MOTION FOR PRELIMINARY INJUNCTION, AS NO CONTRACT HAS EVER EXISTED BETWEEN THE PARTIES.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

SPECIFIC POINTS ARE:

1. THERE IS NOT SUFFICIENT EMERGENCY CIRCUMSTANCES TO REQUEST A TRO.

2. PATCH MD IS JUST A SALES AGENCY IT DOES NOT POSSESS PERFECTED INTELLECTUAL PROPERTY RIGHTS.

## IN CONCLUSION

BASED ON THE FACTS, DEFENDANTS RESPECTFULLY REQUESTS THAT THE COURT REMOVES THE REQUEST FOR TRO AND PRELIMINARY INJUNCTION DUE TO THE LACK OF FACTS AND EMERGENCY CIRCUMSTANCES.

DATED THIS 2ND DAY OF MARCH 2018

*Jennifer J Laird*
JENNIFER LAIRD
DEFENDANT PRO SE

United States District Court of Nevada CASE No.:2:18-CV-00340-JCM-GWF

STATE OF CALIFORNIA
ss
COUNTY OF LOS ANGELES

I declare that I am over the age of eighteen (18) and not a party to this action. Employed in the county of Los Angeles, California my business address is:

_____

On March 2, 2018, I served the foregoing document described as:

**OPPOSITION TO EMEGENCY APPLICATION FOR TEMPORATRY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUCTION**

on the interested parties in said action by placing a true copy of said document(s) as follows:

PLEASE SEE ATTACHED SERVICE LIST

[_____] (IN PERSON) – by personally delivering copies to the person being served as follows:

[X_____] (BY MAIL) - in a sealed envelope with first class postage thereon fully prepaid, in the U.S. Postal Service at Alhambra, California, addressed as set forth above.
I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X_____] (BY FACSIMILE) - VIA facsimile from fax number (626) 457-5740.
I transmitted by facsimile foregoing described document(s) on the attorney of record in this action at the facsimile number(s) shown SERVICE LIST, pursuant to California Rules of Court, Rule 2009(i), Code Civ. Proc. 1013(e)

AND / OR

[X_____] BY ELECTRONIC SERVICE by electronically mailing the document(s) listed above to the eMail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure Section 1010.6.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 2, 2018 at Los Angeles, California

1
2
3
4
5
6  _____
7
8
9
10 DICKINSON WRIGHT PLLC
11 MICHAEL N. FENDER
   8363 WEST SUNSET ROAD, SUITE 200
12 LAS VEGAS, NEVADA 89113-2210
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION

STATE OF NEVADA )
                ) ss.
COUNTY OF CLARK )

Declarant, *(insert your name)* DENNIS SHEPHERD swears and affirms under penalty of perjury that the following assertions are true and correct:

1. Declarant submits this Declaration in support of the Opposition to *(insert name of motion you're opposing)* APPLICATION FOR TEMPORARY RESTRAINING ORDER filed by *(insert name of party filing opposition)* PATCHMD, LLC, the *(check one box)* ☒ Plaintiff/ ☐ Defendant/ ☐ Other *(specify)* _____ in this case.

2. Declarant is competent to be a witness to the matters stated in this Declaration and could and would testify to those matters in a court of law, under oath, subject to the penalty of perjury.

3. Declarant has personal knowledge of the facts and circumstances set forth below gained through FIRST HAND KNOWLEDGE, except where specifically stated upon information and belief.

4. Based upon Declarant's personal knowledge, Declarant states as follows:
PRINCIPAL PLANTIFF IS A NEVADA CORP. PRINCIPAL DEFENDENT RESIDES IN CALIF.

DATED this 2ND day of MARCH, 20 18.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct, per NRS 53.045.

_____
*(Signature)*
DENNIS SHEPHERD
*(Print name)*

© 2014 Civil Law Self-Help Center
Clark County, Nevada

Page 1 of 1

OPPOSITION (GENERIC)
(Rev. 1, 03-31-2014)

For forms and information, visit www.civillawselfhelpcenter.org